UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00003),<br><br>        Plaintiff,<br><br>        v.<br><br>SALESFORCE, INC.,<br><br>        Defendant. | Case No.  26-cv-02162-WHO<br>Case No. 26-cv-02296-WHO<br>Case No. 26-cv-02499-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

JANE DOE (SF-00005),

        Plaintiff,

        v.

SALESFORCE, INC.,

        Defendant.

JANE DOE (SF-00009),

        Plaintiff,

        v.

SALESFORCE, INC.,

        Defendant.

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the cases are related to 26-cv-01531-JST *A. v. Salesforce, Inc*.

**IT IS SO ORDERED.**

Dated: April 13, 2026

_____
WILLIAM H. ORRICK
United States District Judge